UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60897-CIV-GOLD/WHITE

ROBERT M. HARRIS, et al.,

    Plaintiffs,

v.

ROBERT SALUSTIO, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING CASE

THIS CAUSE comes before the Court on the Report and Recommendation [DE 6] issued by Magistrate Judge Patrick A. White on June 26, 2008. In the Complaint, Plaintiff Harris brings claims against Defendants for false arrest and false imprisonment resulting from his state and federal convictions, and Plaintiff Harris seeks to overturn his convictions and be awarded money damages. As noted by Judge White, Plaintiff Harris includes a list of numerous additional plaintiffs in his Complaint, Compl. at 5, but Plaintiff Harris is the only one who signed the Complaint and other pleadings in this case. Plaintiff has also filed a motion for leave to proceed in forma pauperis.

In his Report and Recommendation, Judge White recommends that this case be dismissed pursuant to 28 U.S.C. § 1915(g). This statute, entitled "Proceedings in forma pauperis," provides:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which

1

relief may be granted, unless the prisoner is under imminent danger of serious physical injury.
28 U.S.C. § 1915(g).

Judge White found that Plaintiff had filed at least three prior actions and was a "frequent filer" subject to § 1915(g). In addition, Judge White noted that it did not appear that Plaintiff was under imminent danger of serious physical injury. Based on these determinations, Judge White recommended that Plaintiff's Complaint be dismissed under § 1915(g). *See Skillern v. Paul*, 202 Fed. Appx. 343, 343-344 (11th Cir. 2006) ("The only exception to section 1915(g) is if the frequent filer prisoner is 'under imminent danger of serious physical injury.'") (quoting *Rivera v. Allin*, 144 F.3d 719, 723 (11th Cir. 1998)).

Plaintiff Harris has also filed an Amended Document [DE 5], an Objection [DE 7] to the Report and Recommendation, and a Memorandum in Support [DE8]. In these filings, Plaintiff does not sufficiently address Judge White's conclusion that Plaintiff is a "frequent filer" subject to § 1915(g). Furthermore, although Plaintiff conclusorily asserts in his Objection that he "is frequently subjected to foul atmosphere, and in a prison community here Harris is in imminent danger in the control of defendant(s)," Plaintiff Harris does not allege any facts which could show that he is in imminent danger of serious physical injury so as to quality for the exception to § 1915(g).

Based on my review of the Complaint, the Report and Recommendation, the Amended Document, Plaintiff's Objection and Memorandum, and the entire case file, I adopt the Report and Recommendation and dismiss this case without prejudice. Plaintiff may move to reopen this case upon payment of the full filing fee

of $350.00. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. The Report and Recommendation [DE 6] is ADOPTED.

2. This case is DISMISSED without prejudice.

3. All pending motions are DENIED as moot.

4. This case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida this 31 day of July, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
All counsel of record

From Chambers via U.S. Mail:

Robert Marvin Harris
#54630-004
Pollock U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 2099
Pollock, LA 71467